Stanford Professional Products Corporation, et al., Appellants, *v.* Altemose Construction Company, Inc., et al.

Argued June 11, 1975. *Ronald B. Hamilton,* with him *Patrick J. O'Connor,* and *Orlofsky, Cozen and Begier,* for appellants; *Mabel D. Sellers,* with her *Francis J. Tarquini,* and *Jenkins & Acton,* for appellee, Altemose Construction Company, Inc.; *Albert R. Subers,* with him *Kane, Pugh, Anderson, Subers & McBrien,* for appellee, Peter A. Marinari.

Judgment affirmed.

State Mutual Life Assurance Company of America *v.* East Manheim Development Co., Inc. (et al., Appellant).

opinion by BUCHER, J. Argued June 13, 1975. *Alan R. Kutner,* with him *Goodis, Greenfield, Henry, Shaiman & Levin,* for appellants; *Alan J. Davis,* with him *Steven B. King, Mitchell E. Panzer,* and *Wolf, Block, Schorr & Solis-Cohen,* for appellees.

Order in each appeal affirmed.

Taylor *v.* Taylor, Appellant.

Argued June 16, 1975. *Raymond J. Takiff,* with him *Baratta, Lisi & Takiff,* for appellant; *I. Leonard Hoffman,* with